EVERETT THOMPSON, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Opinion Filed January 25, 1923.

A Writ of Error to the Circuit Court for Manatee County; M. A. McMullen, Judge.

*H. S. Glazier*, for Plaintiff in Error;

*Rivers Buford*, Attorney General, for the State.

PER CURIAM.—In bastardy proceedings under the statute the judgment contains an item of $60.00 for incidental expenses attending the birth of the child. There is no evidence to sustain this part of the judgment; therefore the judgment is reversed and the cause will be remanded for a new trial. See Flores v. State, 72 Fla. 302, 73 South. Rep. 234, as to testimony admissible in proceedings of this character.

Reversed.

TAYLOR, C. J., AND WHITFIELD, ELLIS AND BROWNE, J. J., concur.

WEST, J., specially concurs.

WEST, J.—Concurring.

The reversible error in this record is in the judgment. Anterior proceedings are free from error. This error should not be given retroactive effect. The judgment should be reversed for proper judgment, not for new trial. Poyner v. State, 81 Fla. 726, 88 South. Rep. 762; Roberts v. State, 30 Fla. 82, 11 South. Rep. 536; Palatka & Indian River R. R. Co. v. State, 23 Fla. 546, 3 South. Rep. 158; Keech v. State, 15 Fla. 561.